**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANIEL LOPEZ REYES,

        *Petitioner*,

v.                                  Case No. 3:26-cv-867-WWB-SJH

WARDEN, BAKER COUNTY CORRECTIONAL
FACILITY, et al.,

        *Respondents.*

---

## <u>ORDER</u>

Petitioner initiated this case, with help from counsel, by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging, among other things, the United States Department of Homeland Security, Immigration and Customs Enforcement's ("**ICE**") mandatory detention of him without a bond hearing.  (Doc. 1).  As relief, Petitioner requests, *inter alia*, that the Court order his immediate release or, in the alternative, order a bond hearing under 8 U.S.C. § 1226(a).  (*Id.* at 12).

Federal Respondents filed a Response advising that on May 14, 2026, an immigration judge conducted a bond hearing for Petitioner and granted his request for release from custody under a bond of $5,000.  (Doc. 8).  Respondents have likewise filed a copy of the immigration judge's order granting Petitioner release on bond.  (Doc. 8-3).  According to Respondents, this development has rendered this action moot, and they have conferred with counsel for Petitioner who does not oppose the Petition being denied as moot.  (Doc. 8 at 1 n.1).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) and this case are **DISMISSED without prejudice** as moot.

2. The Clerk shall enter judgment accordingly, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 2, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:   Counsel of record

2